ERNEST BYSTROM, Respondent, *v.* HAROLD G. VILLARD, Appellant, Impleaded with Another.

*Bystrom* v. *Villard*, 175 App. Div. 433, appeal dismissed. (Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from a judgment entered December 26, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a verdict and granting a new trial, and from an order entered January 30, 1917, denying defendant's motion to resettle said order of reversal.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*H. K. Heyman* for motion.

*Chase Mellen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

HUGH J. REILLY, Appellant, *v.* FRANK STEINHART, Respondent.

(Submitted April 16, 1917; decided April 24, 1917.)

MOTION for re-argument or to amend remittitur. (See 220 N. Y. 692.)

Motion denied, with ten dollars costs, and held, the particular questions of fact upon which the reversal was made and the new trial granted are *in this case* specified and referred to by adequate designation in the order appealed from.